**Order entered October 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00651-CV

## IN THE INTEREST OF R.M. AND R.M., CHILDREN

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-52721-07**

## ORDER

Because court reporter Janet L. Dugger has filed a replacement record in response to our September 24, 2015 order, we **STRIKE** the reporter's record filed July 24, 2015.

/s/     CRAIG STODDART
        JUSTICE